IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cv-22-DSC

| | |
|---|---|
| WESLEY ALLEN NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| KILOLO KIJAKAZI, ACTING | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Consent Motion (document #17) it is hereby

**ORDERED** that Plaintiff Wesley Allen Nelson is awarded attorney's fees under the Equal Access

to Justice Act ("EAJA") in the amount of Seven Thousand Nine Hundred Dollars and Zero Cents

($7,900.00) in full and final settlement of attorney's fees and costs. 28 U.S.C. § 2412(d). If the

award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check

payable to Plaintiff's counsel in accordance with his assignment to his attorney of his right to

payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining

fees will be made payable to Plaintiff and mailed to counsel's office address.

**SO ORDERED**.

Signed: November 11, 2021

David S. Cayer
United States Magistrate Judge